IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 2 1 2003
WAYNE R. ANDERSEN
U.S. DISTRICT COURT JUDGE

| | |
|---|---|
| ESTATE OF STEPHEN FOSTER, through its administrator, Kozette Foster, CARMELITA FOSTER, SHERE FOSTER and DARNELL FOSTER, ) ) ) ) ) | |
| Plaintiffs, ) ) ) | |
| vs. ) ) | No. 00 C 3419 |
| CITY OF CHICAGO, a municipal corp., and Officers C. HACKETT, T. GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR., MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, in their individual capacities, ) ) ) ) ) ) ) ) ) ) ) ) | Judge Andersen<br><br>Magistrate Judge Nolan |
| Defendants. ) | |

DOCKETED
AUG 22 2003

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff(s), ESTATE OF STEPHEN FOSTER, through its administrator, Kozette Foster, CARMELITA FOSTER, SHERE FOSTER, and DARNELL FOSTER, by their attorney, Ronald A. Stearney, and defendants, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR., MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, by one of their attorneys, Thomas R. Samson, herein stipulate and agree to the following:

29

1. This action has been brought by plaintiffs, ESTATE OF STEPHEN FOSTER, through its administrator, Kozette Foster, CARMELITA FOSTER, SHERE FOSTER, and DARNELL FOSTER, against defendants, City of Chicago, and Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR., MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, and makes certain allegations contained in plaintiffs' first amended complaint.

2. Defendants deny each and every allegation of wrongdoing as stated in plaintiffs' first amended complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiffs and their attorney agree that they or any firm with which said attorney is affiliated or with which said attorney may later become affiliated shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

2

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs, ESTATE OF STEPHEN FOSTER, through its administrator, Kozette Foster, CARMELITA FOSTER, SHERE FOSTER, and DARNELL FOSTER, agree to dismiss with leave to reinstate solely in the event that the Chicago City Council rejects the hereinafter indicated settlement, all of their claims against defendants, City of Chicago, and Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR.,MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, with each side bearing its own costs and attorneys' fees. Plaintiffs agree that they will be required to execute this Release and Settlement Agreement and effect said dismissal of this action prior to the City of Chicago's presentation of the settlement agreement to the Chicago City Council and that plaintiffs' offer to settle on these terms shall not be revoked or otherwise repudiated unless the Chicago City Council rejects the settlement agreement. Upon approval of the settlement by the Chicago City Council, plaintiffs agree to a final order dismissing with prejudice all of their claims against defendants, City of Chicago, and Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR.,MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, with each side bearing its own costs and attorney's fees.

5. Plaintiffs, ESTATE OF STEPHEN FOSTER, through its administrator, Kozette Foster, CARMELITA FOSTER, SHERE FOSTER, and DARNELL FOSTER, accept a

3

settlement from defendant, City of Chicago, in the total amount of ONE HUNDRED EIGHTY FIVE THOUSAND AND NO/100 ($185,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees. The allocation of monies will be as follows: FIFTY THOUSAND AND NO/100 ($50,000.00) payable to the ESTATE OF STEPHEN FOSTER, through its administrator, Kozette Foster; FORTY-FIVE THOUSAND AND NO/100 ($45,000.00) payable to CARMELITA FOSTER, for her alleged physical and mental injuries; FORTY-FIVE THOUSAND AND NO/100 ($45,000.00) payable to SHERE FOSTER, for her alleged physical and mental injuries; and FORTY-FIVE THOUSAND AND NO/100 ($45,000.00) payable to DARNELL FOSTER, for his alleged physical and mental injuries.

6. The City of Chicago's obligations pursuant to this Release and Settlement Agreement are conditioned upon approval of the settlement agreement by the Chicago City Council. The City of Chicago will not be obligated to perform its obligations pursuant to this Release and Settlement Agreement until the following events occur: 1) The City of Chicago receives a copy of this Release and Settlement Agreement executed by all plaintiffs and their attorney, 2) enactment of an ordinance by the Chicago City Council authorizing settlement and payment of the funds agreed upon in this Release and Settlement Agreement and 3) the City of Chicago receives a Final Agreed Order from the United States District Court dismissing with prejudice all of plaintiffs' claims against defendants, City of Chicago, and Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR.,MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, with each side bearing its

own costs and attorney's fees and without leave to reinstate as specified in paragraph 4 of this Release and Settlement Agreement.

7. The City of Chicago agrees to pay plaintiffs the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Final Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and plaintiffs and/or their attorney agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to plaintiffs, their attorney, and lien claimants, if any, of which the City has notice.

8. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, plaintiffs agree to indemnify and hold harmless the City of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR.,MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by plaintiffs under this settlement entered pursuant to this Release and Settlement Agreement.

9. Plaintiffs, upon advice of counsel, understand and agree that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, plaintiffs do hereby release and forever discharge on behalf of themselves and their heirs, executors, administrators

5

and assigns, all claims they had or have against the individual defendant(s), Officers CHRIS HACKETT, THOMAS GAFFNEY, ROBERT MIGITZ, MATTHEW SCHMITZ, STEVE COLLINS, JAMES HENEGHAN JR., MARY PALICKE, RITA VAIL, JOHN MOSQUERA, JAMES KNIGHT, JOHN DOWLING and STEPHEN KEATING, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims they had, have, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

10. This Release and Settlement Agreement and any documents that may be executed under paragraph 13 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

11. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

12. In entering into this Release and Settlement Agreement, plaintiffs represent that they have relied upon the advice of their attorney, who is the attorney of their own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to them by their attorney, and that those terms are fully understood and voluntarily accepted by plaintiffs. Plaintiffs also represent and warrant that no other person or

6

entity has or has had any interest in the claims or causes of action referred to herein, that they and their attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

13. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

Estate of Steven Foster, through its
Administrator, Kozette Foster, plaintiff,
Address: 215 david dr
Streamwood, IL 60107

Date of birth: 06-03-72

*SSN:

Darnell Foster, plaintiff
Address: 950 W 66 St
Chicago, ILL

Date of birth: 04-23-68

*SSN:

City of Chicago
a Municipal Corporation

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

BY: _____
Jeffrey N. Given
Chief Assistant Corporation Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 744-9210
Attorney No. _____

DATE: 21 May 03

_____
Thomas R. Samson
Senior Assistant Corporation Counsel
Attorney for defendant(s), Officers Chris
Hackett, Thomas Gaffney, Robert Migitz,

7

_____
Shere Foster, plaintiff,

Address: 11318 S. State St.
Chicago, Ill, 60628

Date of birth: Feb 30, 1980

*SSN: _____

_____
Carmelita Foster, plaintiff,

Address: 11318 S. State St.
Chicago, Ill.

Date of birth: 1-23-82
*SSN: _____

_____
Ronald A. Stearney
Attorney for plaintiff
180 N. LaSalle Street, Suite 2310
Chicago, IL 60601
(312)456-6900
Attorney No. 49597

DATE: 5/19/03

*Social Security Number is voluntary.

Matthew Shmitz, Steve Collins, James
Heneghan Jr., Mary Palicke, Rita Vail,
John Mosquera, James Knight, John
Dowling, and Stephen Keating
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-5877
Attorney No. 03129072

DATE: 5/21/03

8